**Order entered June 17, 2022**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00244-CV

**MES PARTNERS, INC., ET AL., Appellants**

**V.**

**DAVID LANTZ, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-01584**

### ORDER

Before the Court is appellees' June 16, 2022 opposed second motion for an extension of time to file their brief. We **GRANT** the motion and extend the time to **July 14, 2022**. We caution appellees that further extension requests in this accelerated appeal will be disfavored.

/s/ KEN MOLBERG
JUSTICE